EDWARD R. LAZARUS, Appellant, *v.* CHARLES J. SANDS, Respondent.

*Lazarus* v. *Sands,* 12 Misc. Rep. 575, affirmed.
(Argued March 10, 1898; decided March 25, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered June 4, 1895, affirming a judgment in favor of defendant entered upon a dismissal of the complaint upon the trial.

*Charles F. Brandt* for appellant.

*A. Simis, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

TUNIS E. BUTLER, Appellant, *v.* THOMAS BROWN, Respondent.

*Butler* v. *Brown,* 87 Hun, 617, affirmed.
(Submitted March 10, 1898; decided March 25, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered May 18, 1895, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Louis S. Phillips* for appellant.

*Benjamin Estes* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.